## Commonwealth v. Barber, Appellant.

Before MUTH, P. J., specially presiding.

Submitted December 11, 1968. *Clement James Cassidy,* Assistant Public Defender, and *John B. Stevens, Jr.,* Public Defender, for appellant; *Arthur Ed. Saylor,* First Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Barbry, Appellant.

Before SLOANE, P. J.

Submitted December 9, 1968. *Austin J. McGreal,* for appellant; *Leonard S. Goodman* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.